**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-2217**

———————————

MICHELLE JOHNSON BAH; MOUNTAGA BAH,

                    Plaintiffs - Appellants,

          v.

WELLS FARGO BANK NA,

                    Defendant – Appellee,

          and

HSBC BANK USA; DEPARTMENT OF THE TREASURY; REAL TIME
RESOLUTIONS, INCORPORATED; WELLS FARGO BANK WEST N.A.; HUD,

                    Defendants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:08-
cv-03429-RWT)

———————————

Submitted:  December 9, 2010          Decided:  December 22, 2010

———————————

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Mary E. Goulet, WHITHAM, CURTIS, CHRISTOFFERSON & COOK, P.C.,
Reston, Virginia, for Appellants.  Amy S. Owen, Elizabeth S.
Finberg, COCHRAN & OWEN, L.L.C., Vienna, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle Johnson Bah and Mountaga Bah appeal from the district court's order dismissing their civil action, pursuant to Fed. R. Civ. P. 12(b)(6), in which they sought to prevent foreclosure proceedings against their home.  We have reviewed the record and the parties' briefs, and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Bah v. Wells Fargo Bank NA, No. 8:08-cv-03429-RWT (D. Md. Sept. 23, 2009).  We deny the Appellee's motion to strike and for sanctions, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED